UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:12-MJ-1188-1RJ

| United States Of America | ) | |
|---|---|---|
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Taran Sharif Sessons** | ) | |

On October 16, 2012, Taran Sharif Sessons appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Possession, in violation of 21 U.S.C. § 844, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 30, 2013, the court finds as a fact that Taran Sharif Sessons, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.   Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of April, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge